

IN THE
TENTH COURT OF APPEALS

No. 10-12-00122-CV

CITY OF BELLMEAD,

Appellant

v.

DEVIN KLUK,

Appellee

From the 170th District Court
McLennan County, Texas
Trial Court No. 2011-5034-4

MEMORANDUM OPINION

The parties have filed a "Joint Motion to Dismiss Appeal," stating that Appellee has nonsuited his claims against Appellant and asking us to dismiss the appeal because there is no longer a matter to prosecute or appeal and to tax costs against the party incurring the cost. *See* TEX. R. APP. P. 42.1(a)(2). The motion to dismiss is granted, and the appeal is dismissed. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

REX D. DAVIS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 23, 2012
[CV06]